# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| William Harris <br> *Plaintiff* <br> v. <br> Commissioner of Social Security Administration <br> *Defendant* | Civil Action No. 8:08-1675-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered that the Commissioner's decision be affirmed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge David C. Norton on the record _____ .

Date: March 18, 2010

*CLERK OF COURT*

s/Ashley Stewart, Deputy Clerk

_____

*Signature of Clerk or Deputy Clerk*